

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Sandra Wilkinson*  *Suite 400*  DIRECT: 410-209-4921
*Chief, Major Crimes*  *36 S. Charles Street*  MAIN: 410-209-4800
*Sandra.Wilkinson@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-0716

November 30, 2016

Honorable Catherine C. Blake
Chief United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland  21201

    Re:  <u>United States v. Dontae Small and Kimberly Duckfield</u>, CCB-16-0287

Dear Chief Judge Blake:

    This purpose of this letter is to report on the status of the above-captioned matter. Please be advised that the government has tendered an offer to defendant Small that would globally resolve the above-captioned fraud case and the carjacking case captioned <u>US v. Small</u>, CCB-16-086.   The government is in the process of preparing a plea offer for defendant Duckfield as well.  With the Court's permission, we will report on the status of both plea negotiations within the next 30 days.

    Very truly yours,

    Rod J. Rosenstein
    United States Attorney

By:  ___/s/_____
    Sandra Wilkinson
    Assistant United States Attorney

cc:  Brendan A. Hurson, Esq.
    Jonathan P. Van Hoven, Esq.