

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Sandra Wilkinson*
*Chief, Major Crimes*
*Sandra.Wilkinson@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4921*
*MAIN: 410-209-4800*
*FAX: 410-962-0716*

December 29, 2016

The Honorable Catherine C. Blake
Chief United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland  21201

      Re:  United States v. Dontae Small, CCB 16-086
         United States v. Small and Duckfield,  Criminal No. CCB-16-287

Dear Judge Blake:

      This is a joint status report on behalf of all parties in the above-referenced related matters.   The parties are in active discussion regarding a global pretrial resolution. Both defendants are incarcerated.   Mr. Small is represented by the Federal Public Defender's Office and because of Mr. Hurson's impending transfer, new counsel has been appointed (Mr. Szekely and Ms. Abelson). As a result, the parties are requesting an additional 45 days prior to setting a trial date and motions hearing in this case.  Motions are pending in both matters although, at the request of the defendants, the government has not yet responded.   The parties will provide a further status report no later than **February 15, 2017.**

      Respectfully,

      Rod J. Rosenstein
      United States Attorney

      _____/s/_____
      Sandra Wilkinson
      Assistant United States Attorney

cc:  Brendan Hurson, Esq.
    Andrew R. Szekely, Esq.
    Laura Abelson, Esq.
    Jonathon Van Hoven, Esq.